UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER ELIMA QUINONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC.<br><br>Defendants. | **CASE NO: 2:25-cv-01473-WBS-CSK**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED**

Dated:  August 22, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-
ORDER OF DISMISSAL